UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>CHARLES NELSON FINKEL,<br><br>Defendant. | **UNDER SEAL**<br>**Affirmation in Support of Application for Order of Continuance**<br><br>22 Mag. 8103 |

Vladislav Vainberg, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A). This is the first order of continuance that has been sought.

2. The defendant was charged in a complaint dated October 6, 2022, with violations of Title 15 United States Code, Section 78dd-2 and Title 18, United States Code, Sections 371, 1956, and 2. The defendant was arrested on October 6, 2022, and was presented on October 17, 2022, before the Honorable Sarah Netburn, and released on bail. The Honorable Sarah Netburn also issued an order directing that filings and other docket entries in the above-

captioned case be filed under seal, and that the case be captioned United States v. John Doe in the public docket.

3. Defense counsel and I are engaged in discussions concerning a possible disposition of this case. The negotiations have not been completed and we plan to continue our discussions.

4. Therefore, the Government is requesting a 30-day continuance until December 7, 2022, to continue the foregoing discussions and reach a disposition of this matter. I have personally communicated with defense counsel and he specifically consented to this request.

5. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
November 4, 2022

Vladislav Vainberg
Assistant United States Attorney
Southern District of New York
212-637-1029