UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

CHARLES FINKEL,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER OF FORFEITURE/ MONEY JUDGMENT

26 Cr.493(JMF)

WHEREAS, on or about October 21, 2026, CHARLES FINKEL (the "Defendant"), was charged in a one-count Information, 26 Cr. (JMF) (the "Information"), with conspiracy to violate the foreign corrupt practices act, in violation of Title 18, United States Code, Section 371 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, on or about October 21, 2026, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to, *inter alia*, Title 18, United states Code, Section 981(a)(1)(C), and

Title 28, United States Code, Section 2461(c), a sum of money equal to $14,848,685 in United States currency, representing proceeds traceable to the commission of the offense charged in Count one of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $14,848,685 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained;

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence; and

WHEREAS, the Defendant agrees to make a payment to the Government in the amount of $5,000,000 in United States currency by the earlier of the date of the Defendant's sentencing proceedings or October 31, 2026 (the "Payment").

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney James M. McDonald, United States Attorney, Assistant United States Attorney Shaun E. Werbelow, of counsel, and the Defendant and his counsel, Lorin L. Reisner, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $14,848,685 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant CHARLES

FINKEL, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. The Defendant shall make the Payment to the Government.

4. Upon receipt of the Payment, the Government shall deem the Money Judgment to be fully satisfied.

5. In the event, the Defendant fails to make the Payment, the entire Money Judgment shall be due, and the United States may take action pursuant to Title 21, United States Code, Section 853(p) up to the entirety of the outstanding Money Judgment.

6. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

7. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

8. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment; provided that the United States shall not seek forfeiture of any amount from the Defendant that exceeds the Payment if such Payment is made by the Defendant.

9. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate

or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

10. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

11. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: ______________________________ 10/14/2026
Shaun E. Werbelow DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-2439

CHARLES FINKEL

By: ______________________________ October 15, 2026
Charles Finkel DATE

By: ______________________________ October 15, 2026
Lorin L. Reisner, Esq. DATE
Attorney for Defendant
1285 Avenue of the Americas
New York, NY 10019-6064

SO ORDERED:

______________________________ October 21, 2026
HONORABLE JESSE M. FURMAN DATE
UNITED STATES DISTRICT JUDGE